741 A.2d 93

IN THE MATTER OF R.F., A REGISTRANT UNDER N.J.S.A. 2C:7–1, ET SEQ. (STATE OF NEW JERSEY, PETITIONER).

March 16, 1999.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court to tailor the notification to the nexus of the situation, identifying the schools, community organizations, and agencies whose children are reasonably certain to encounter the registrant; and it is further

ORDERED that the trial court shall, without identifying individual children, articulate the factual bases for each of its determinations.

741 A.2d 93

PETER CASAMASINO, PLAINTIFF–CROSS–APPELLANT, AND DIRECTOR, DIVISION OF TAXATION AND HUDSON COUNTY BOARD OF TAXATION, PLAINTIFFS–INTERVENORS, v. CITY OF JERSEY CITY AND BRET SCHUNDLER, MAYOR OF THE CITY OF JERSEY CITY, DEFENDANTS–CROSS–RESPONDENTS.

August 30, 1999.

This matter having been duly considered and the Court having determined that the cross-certification was improvidently granted;

It is ORDERED that the within cross-appeal be and hereby is dismissed.